IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW STEPHEN HEPPLE,

    Petitioner,

v.                                                                                 No. 2:23-cv-00864-MV-KRS

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO

    Respondent.

**ORDER STAYING ANSWER DEADLINE
AND REQUIRING PETITIONER TO SHOW CAUSE**

    This matter is before the Court on Petitioner Matthew Stephen Hepple's ("Petitioner") 28 U.S.C. § 2254 habeas petition (Doc. 1) (hereinafter "Petition"). Petitioner was a state inmate when he commenced this case and is proceeding *pro se*. He challenges his state convictions based on, inter alia, double jeopardy violations. By an Order entered December 19, 2025, the Court directed Respondent Attorney General for the State of New Mexico ("AG") to answer the Petition within sixty days. *See* (Doc. 7). Thereafter, one mailing was returned as undeliverable with a notation that forwarding was unavailable. *See* (Doc. 7). The Court Clerk searched the Federal Bureau of Prisons electronic database for "Matthew Stephen Hepple" and obtained zero results. Within thirty (30) days of entry of this Order, Petitioner must advise the Court of his new address, as required by N.M. LR-Civ. 83.6. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . . The same is true of simple, nonburdensome local rules. . . .") (citations omitted).   Failure to timely cure this deficiency may result in dismissal of the Petition without further notice. The Court will also stay the answer deadline until further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner shall notify the Clerk of his new address;

**IT IS FURTHER ORDERED** that the deadline for the AG to file an answer is **STAYED** until further Order by the Court.

                                                   /s/ Kevin Sweazea
                                                   KEVIN R. SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE