## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MATTHEW STEPHEN HEPPLE,

     Petitioner,

v.                                                                                   No. 2:23-cv-00864-MV-KRS

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO

     Respondent.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Petitioner Matthew Stephen Hepple, proceeding *pro se*, initiated this habeas proceeding while he was a state inmate. By an Order entered January 22, 2026, the Court directed Petitioner to notify the Clerk in writing of his new address by February 22, 2026. (Doc. 10). Petitioner was advised that failure to timely comply could result in dismissal. (*Id.*) As of the entry of this Order, Plaintiff has not complied with the Court's Order and D.N.M. LR-Civ. 83.6. *See* D.N.M. LR-Civ. 83.6 ("All . . . parties appearing pro se have continuing duty to notify the Clerk, in writing, of any change in their . . . mailing address."); *see also Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980).

Accordingly, **IT IS ORDERED** that Petitioner shall notify the Clerk in writing of his new address within **fifteen (15) days** of entry of this Order. Failure to timely comply will result in dismissal of this action without further notice.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE